IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



ANGELA LOPEZ,

    Plaintiff,

vs.

EXTENDED STAY AMERICA #7065 ESA P PORTFOLIO, LLC, ESA P PORTFOLIO OPERATING LESSEE, LLC, formerly known as ESA P PORTFOLIO OPERATING LESSEE, INC. as subsidiaries of ESH HOSPITALITY HOLDINGS, LLC, ESA MANAGEMENT LLC, successor in interest to HVM, LLC John Doe, ESA, LLC and EXTENDED STAY AMERICA, INC.,

    Defendants.

CV 16-150-BLG-SPW

ORDER DISMISSING CASE WITH PREJUDICE

Defendants filed their Unopposed Motion to Dismiss with Prejudice on April 26, 2017. With no opposition from plaintiff's counsel, and with good cause appearing,

IT IS HEREBY ORDERED that the above matter is dismissed with prejudice, as fully settled on the merits, with each party to pay their own costs and attorney fees.

1

DATED this 26th day of April, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge